IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES KEITT, | ) | |
|     Petitioner | ) | C.A. No. 04-362 Erie |
| | ) | |
| v. | ) | **District Judge McLaughlin** |
| | ) | **Magistrate Judge Baxter** |
| UNITED STATES PAROLE COMMISSION, et al., | ) | |
|     Respondents | ) | |

### ORDER

AND NOW, this 13th day of July, 2005;

IT IS HEREBY ORDERED that Petitioner's "Motion for Enlargement of Time to File Traverse to Petition for Writ of Habeas Corpus" [Document # 9] is GRANTED and Petitioner shall have until August 6, 2005, to file a traverse.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

 

                                            S/Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            Chief U.S. Magistrate Judge

cc:    All parties of record