IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES KEITT,                          )
                                      )
           Petitioner,                )      Civil Action No. 04-362E
                                      )      District Judge McLaughlin
vs.                                   )      Magistrate Judge Baxter
                                      )
UNITED STATES PAROLE                  )
COMMISSION, et al.,                   )
                                      )
           Respondents.               )
                                      )

### MOTION FOR ENLARGEMENT OF TIME
### TO FILE OBJECTIONS TO MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

**COMES NOW**, Petitioner, James Keitt, pro-se, and moves this Honorable Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for enlargement of time to file his objections to the magistrate judge's report and recommendation. In support, the following is respectfully submitted:

   1.   On May 19, 2006, Petitioner received his copy of the Magistrate's Report and Recommendation ("R&R"), which is post-marked, May 17, 2006.

   2.   The R&R indicates that "the parties are allowed ten (10) days from the date of service to file objections to" the R&R.  **See** Docket Number ("DN") 13 @ p. 5.  Therefore, Petitioner's objections are due for filing by May 30, 2006.

   3.   Petitioner has sought the assistance of a prisoner to assists him in filing his objections; however, the assisting prisoner is presently assisting another prisoner who must file an argument in the Third Circuit Court of Appeals, pursuant to Internal Operating Procedure 10.6, as to why the appeals court should grant summary action reversing the judgment on appeal. This pleading is also due by May 30, 2006 and the assisting prison is currently perfecting that pleading.

4.   The assisting prisoner will complete the other pleading due for filing in the Third Circuit within the next five days and can begin assisting the Petitioner at that time.

5.   Without the assistance of this prisoner, Petitioner is unable to formulate his objections. Moreover, the assisting prisoner is the one who filed his reply to the Respondent's responsive pleadings, hence is acquainted with the issues involved.

## C O N C L U S I O N

**WHEREFORE,** for the reasons above, Petitioner respectfully request this Honorable Court grant him an enlargement of time to file his objections to the R&R, up to and including June 5, 2006.

Date: 5/21/06

James Keitt #05240-016
FCI McKean/Petitioner (pro-se)
P.O. Box 8000
Bradford, PA 16701

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date below and true and correct copy of the foregoing pleadings was conveyed to prison authorities for mailing with first class U.S. postage prepaid and properly addressed to the following party.

Christy Criswell Wiegand
Assistant U.S. Attorney
U.S. Courthouse & Post Office
700 Grant Street, Suite 400
Pittsburgh, PA 15219

Date: 5/21/06

James Keitt #05240-016
Petitioner/pro-se
FCI McKean
P.O. Box 8000
Bradford, PA 16701

--2--

May 21, 2006

James Keitt #05240-016
FCI McKean
P.O. Box 8000
Bradford, PA 16701

United States District Court
Western District of Pennsylvania
Office of the Clerk
17 South Park Row
Erie, PA 16501

Re:   **Keitt v. U.S. Parole Commission:**
       **Case No. 04-362E**
       **Judge McLaughlin**
       **Magistrate Judge Baxter**


Dear Clerk:

   Enclosed for filing please find the original of Petitioner's "Motion For Enlargement of Time to File Objections to Magistrate Judge's Report and Recommendation", with Certificate of Service.

   Your assistance in this matter is greatly appreciated.


Sincerely,

*James Keitt*

cc: file
  : jc/dnr
  : AUSA Wiegand