JAMES KEITT #05240-016
FEDERAL COR. INSTITUTION MCKEAN
P.O. BOX 8000
BRADFORD, PA 16701

N, MCKEAN

-06
ecial mailing procedures
een opened nor
roblem over which
return the material
writer encloses
ddressee, please return

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
OFFICE OF THE CLERK
17 SOUTH PARK ROW
ERIE, PA 16501

RECEIVED

JUN - 5 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA




RECEIVED

JUN - 5 2006

C

WEST. DIST. OF PENNSYLVANIA



