### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KEITT, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 04-362(E) |
| ) | |
| v. ) | Judge Sean J. McLaughlin |
| ) | Magistrate Judge Susan Paradise Baxter |
| UNITED STATES PAROLE COMMISSION, ) | |
| DISTRICT OF COLUMBIA BOARD ) | |
| OF PAROLE, ) | |
| ) | |
| Respondents. ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, the Respondents having filed a Motion for Enlargement of Time in Which to Respond to Petitioner's Objections to Magistrate Judge's Report and Recommendation, said Motion is hereby GRANTED;

It is ORDERED that the time for filing a response to Petitioner's Objections is hereby enlarged for a period of fifteen (15) days, or until June 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

cc: James Keitt, Petitioner
    Christy Wiegand, Asst. U.S. Attorney