IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KEITT, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 04-362 Erie |
| v. ) | |
| ) | |
| UNITED STATES PAROLE ) | |
| COMMISSION, et al., ) | |
| ) | |
| RespondentS. ) | |

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on December 13, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 13], filed on May 16, 2006, recommended that Petitioner's Petition [Doc. No. 1] be denied.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Petitioner by certified mail and on Respondents.  Objections were filed by Petitioner on June 5, 2006 [Doc. No. 16].  Respondents filed a response to Petitioner's objections on June 29, 2006 [Doc. No. 19].  After de novo review of the petition and documents in the case, together with the Report and Recommendation, objections and response thereto, the following order is entered:

AND NOW, this 11th day of July, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED.

The Report and Recommendation [Doc. No. 13] of Magistrate Judge Baxter, filed on May 16, 2006, is adopted as the opinion of the Court.

                                                   s/   Sean J. McLaughlin
                                                   United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge