IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES KEITT,

    Petitioner,

v.                                    Civil Action No. 04-362 Erie

UNITED STATES PAROLE
COMMISSION, et al.

    Respondents.
_____/

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE,** that the above named Petitioner intents to appeal to the Third Circuit Court of Appeals this Court's Memorandum Order entered on July 11, 2006, denying the Petition for Writ of Habeas Corpus.

Date: 8/14/06

James Keitt #05240-016
Petitioner/Pro-se
FCI McKean 8000
Bradford, PA 16701

FILED
'06 AUG 17 P3:13
CLERK
U.S. DISTRICT COURT

Federal Correctional Institution McKean
Name: James KEITT
Reg.#: 05240-016
P.O. Box 8000
Bradford, PA 16701

ISTITUTION, MCKEAN
: 08-14-06
through special mailing procedures
as neither been opened nor
uestion or problem over which
ay wish to return the material
ion. If the writer encloses
another addressee, please return
ss.

ERIE PA 165
16 AUG 2006 PM 2 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW
ERIE, PA 16501



RECEIVED
AUG 17 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA