AO 240 (Rev. 6/86)  Application to Proceed

# United States District Court

WESTERN _____ DISTRICT OF PENNSYLVANIA _____

JAMES KEITT     v.  U.S. PAROLE COMMISSION

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 04-cv-00362E

I, JAMES KEITT _____, declare that I am the (check appropriate box)

[X] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant       [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: The District Court's decision is clearly erroneous as it does not recognize the Parole Board's reliance on inaccurate information in the state of reasons used to substantiate denial of parole. Because the decision is based on inaccurate information it cannot constitute a rational basis for denial of parole.

In further support of this application, I answer the following questions.

1. Are you presently employed?                                   Yes [X]    No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

I am employed as an orderly at FCI McKean in Bradford, Pennsylvania. This prison job assignment pays an average monthly stipend of $40.00. **See Attached Statement of Prisoner Account.**

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment       Yes [ ]    No [X]
   b. Rent payments, interest or dividends?                        Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?              Yes [ ]    No [X]
   d. Gifts or inheritances?                                       Yes [ ]    No [X]
   e. Any other sources?                                           Yes [ ]    No [X]

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   See Statement of Prisoner Account, attached.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/3/06                           James Keith
               (Date)                         Signature of Applicant

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____
on account to his credit at the _____
institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ United States Judge    Date | _____ United States Judge    Date or Magistrate |

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 05240-016 | Current Institution: | McKean FCI |
| Inmate Name: | KEEFE, JAMES | Housing Unit: | C |
| Report Date: | 09/01/2006 | Living Quarters: | C01-111L |
| Report Time: | 10:03:50 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---:|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1122 |
| PAC #: | |
| FRP Participation Status: | No Obligation |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 9/1/2006 2:08:48 AM |
| Account Status: | Active |
| Phone Balance: | $16.41 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---:|---|
| Account Balance: | $0.34 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.34 |
| National 6 Months Deposits: | $661.36 |
| National 6 Months Withdrawals: | $714.20 |
| National 6 Months Avg Daily Balance: | $31.55 |
| Local Max. Balance - Prev. 30 Days: | $98.19 |
| Average Balance - Prev. 30 Days: | $27.81 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $1,070.15
Last Sales Date: 8/22/2006 7:22:10 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

JAMES KEITT,

    Petitioner,

vs.                                                                     Case Number: 04-cv-00362E

UNITED STATE PAROLE COMMISSION,

    Respondent.
_____/

## PROOF OF SERVICE

    The undersigned certifies that on the date below a true and correct copy of the foregoing "Application To Proceed In Forma Pauperis with Supporting Documentation" and Statement of Prisoner Account was conveyed to prison authorities for mailing in accordance with prison legal mail policy, with First Class U.S. Postage prepaid and properly addressed to the following party:

    Christy C. Wiegand
    Assistant U.S. Attorney
    700 Grant Street, Suite 400
    Pittsburgh, PA 15219

Date: 9/03/06

                                                               James Keitt
                                                               James Keitt #05240-016
                                                               Petitioner/Pro-se
                                                               FCI McKean
                                                               P.O. Box 8000
                                                               Bradford, PA 16701

September 3, 2006

James Keitt #05240-016
FCI McKean
P.O. Box 8000
Bradford, PA 16701

United States District Court
Western District of Pennsylvania
227 U.S. Courthouse
P.O. Box 1820
Erie, PA 16507

Re: <u>Keitt v. U.S. Parole Comm.:
    Court of Appeals No. 06-3802
    D.C. No. 04-cv-00362E</u>


Dear Clerk:

    Please find enclosed for filing the original and three copies of Petitioner's "Application to Proceed in Forma Pauperis with Supporting Documentation and Proof of Service.

    Your assistance is greatly appreciated.


Sincerely,

*/s/ James Keitt*

cc: file
 : jc/dnr
 : enclosure
 : AUSA Wiegand