JAMES KEITT #05240-016
FEDERAL CORRECTIONAL INSTITUTION MCKEAN
P.O. BOX 8000
BRADFORD, PA 16701

The enclosed letter was pr
for forwarding to you. The
inspected. If the writer ra
this facility has jurisdictio
for further information or
correspondence for forwa
the enclosure to the abo
DATE:

FEDERAL CORRECTI
P.O. BOX 5000, BR

LEGAL MAIL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
227 U.S. COURTHOUSE
P.O. BOX 1820
ERIE, PA 16507

RECEIVED
SEP 1 3 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

