IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES KEITT, | ) | |
| Petitioner | ) | |
| v. | ) | C.A. No. 04-362 ERIE |
| | ) | District Judge McLaughlin |
| U.S. PAROLE COMMISSION, | ) | Magistrate Judge Baxter |
| Respondent. | ) | |

### ORDER

On September 13, 2006, Petitioner James Keitt filed an "Application to Proceed In Forma Pauperis" with regard to his appeal to the Third Circuit Court of Appeals [Document # 23], which this Court denied by Order dated September 14, 2006 [Document # 24]; however, this Court's Order denying Petitioner's Application was issued erroneously, because Petitioner had not previously filed a motion to proceed *in forma pauperis* with this Court.

AND NOW, this 15th day of September, 2006;

IT IS HEREBY ORDERED that this Court's Order dated September 14, 2006 [Document # 24] is VACATED.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge