IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KEITT, )<br>    Petitioner, )<br> )<br>v. )<br> )<br>U.S. PAROLE COMMISSION, )<br>    Respondent. ) | Civil Action No. 04-362Erie |

**O R D E R**

AND NOW, this 15th day of September, 2006, upon consideration of the Petitioner's Motion/Application to Proceed in Forma Pauperis (Document No. 23)

IT IS HEREBY ORDERED that said Motion is GRANTED

                        Sean J. McLaughlin
                        United States District Judge

cc: parties/counsel of record