DLD-248

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-3802
_____

JAMES KEITT,
 Appellant

v.

U.S. PAROLE COMMISSION; DISTRICT OF COLUMBIA BOARD OF PAROLE
_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 04-cv-00362)
District Judge: Honorable Sean J. McLaughlin
_____

Submitted For Possible Summary Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
or Request For A Certificate of Appealability Under 28 U.S.C. § 2253(c)(2)
May 24, 2007

Before:  BARRY, AMBRO and FISHER, Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible summary action under Third Circuit LAR 27.4 and I.O.P. 10.6.  On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the notice of appeal is construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c), and so construed, is denied.  All of the above in accordance with the opinion of this court.

ATTEST:
/s/ Marcia M. Waldron
Clerk

Dated:  June 8, 2007